UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER DINGWELL, SR. )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JEFFRY COSSETTE, JOHN WILLIAMS )<br>AND THE CITY OF MERIDEN )<br>    Defendants. )<br>_____ ) | CIVIL ACTION CASE NO.<br>3:17-cv-1531-KAD<br><br><br><br><br><br>DECEMBER 5, 2018 |

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to this Court's order of November 5, 2018, the plaintiff, Christopher Dingwell, Sr., hereby moves to compel the defendants to do the following: (1) produce any instant messages/chat communications regarding the plaintiff and/or his family, (2) remove the objection to Request 2 of the First Set of Requests to Admit as to all defendants; and (3) submit to their depositions as duly noticed.

The defendants have complied with a majority of the plaintiff's requests, as far as the plaintiff is able to discern. However, there are a few outstanding items that are required to be addressed by this Court. First, the plaintiff has not received any of the instant message/chat communications between the officers of the Meriden Police Department regarding Mr. Dingwell, Sr. and/or his family members. Such documents are notes/communications concerning the plaintiff and/or his family, against whom he is alleging retaliation for his outspoken speech.

Second, the defendants objected to Request 2 of the Plaintiff's First Set of Requests to Admit. Request 2 stated the following: "Member(s) of the Dingwell family

were surveilled by members of the Meriden Police Department." The defendants objected as follows: "Defendants object to this Request insofar as it pertains to any member of the Dingwell family other than Christopher Dingwell, Sr. or Christopher Dingwell, Jr." The response is contained thereafter, subject to the objection. Based upon the allegations in the complaint, and the fact that retaliation against Mr. Dingwell, Sr. has been in the form of threats and actions against other members of his family, said objection should be withdrawn.

    Third, and most importantly, the defendants have failed to provide dates and times for their depositions, which were duly noticed. Despite the fact that the defendants did not notice the plaintiff's deposition, they still insist on taking his deposition first. As this conversation requires careful consideration by the parties and this Court, the plaintiff requests a telephonic conference to address this issue and determine how best to proceed with discovery and depositions. The plaintiff seeks to depose the witnesses in the order their depositions were noticed. While the plaintiff is aware that he will need to submit to a deposition at some point, he should be able to conduct his discovery without prejudice as a result of the defendants learning the identities of certain witnesses prior to the plaintiff being able to depose them. As the plaintiff's entire case alleges retaliation and wrongful conduct by the Meriden Police Department, the plaintiff seeks guidance and assistance from this Court in allowing him to conduct his discovery to prove his case, prior to subjecting himself, his family and/or his sources to depositions or the actions of the Meriden Police Department after their identities are divulged.

    The plaintiff submits that many of the discovery issues, including those that the

defendants raise in their Motion to Compel [Document 50] will likely iron themselves out throughout the course of a conversation with this Court regarding the same.  Therefore, the plaintiff will keep this motion brief.  If, however, the Court requires further information prior to address these issues, the plaintiff will clarify and/or provide any additional information to the extent necessary.

      Wherefore, the plaintiff respectfully requests that this Court compel the defendant to produce information sought, produce the requested deponents for deposition and/or schedule a telephonic discovery conference to discuss the issues with regard to the outstanding discovery to help the parties resolve the matters in an effort to move this matter forward.

                              THE PLAINTIFF,
                              CHRISTOPHER DINGWELL, SR.

                              By:   /s/ Amita P. Rossetti
                                Amita P. Rossetti, Esq.
                                Federal Bar No. ct29526
                                Tinley, Renehan & Dost, LLP
                                60 North Main Street, 2nd Floor
                                Waterbury, CT  06702
                                Telephone: (203) 596-9030
                                Facsimile: (203) 596-9036
                                E-Mail:  arossetti@tnrdlaw.com

## CERTIFICATION OF SERVICE

      I hereby certify that on December 5, 2018, a copy of the foregoing Motion to Compel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

                                                            /s/ Amita P. Rossetti
                                                            Amita P. Rossetti