```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

CHRISTOPHER DINGWELL, SR.,        :    CIV. NO. 3:17cv1531(KAD)
     Plaintiff,                   :
                                  :
vs.                               :
                                  :
JEFFRY COSSETTE, ET AL.,          :    MARCH 1, 2019
     Defendants
```

**JOINT STATUS REPORT**

Pursuant to this Court's Order of December 18, 2018 [Doc. 54], undersigned counsel for the parties submit this joint status report.

**(a)  STATUS OF THE CASE**

Written discovery is complete and the depositions of plaintiff and fact witness, Christopher Dingwell, Jr. have been noticed and will proceed on March 5, 2019. The parties do not anticipate impediments to the completion of discovery or the filing of dispositive motions by the current respective deadlines of April 4 and May 6, 2019.

The defendants and/or their representatives will be deposed in March and/or early April prior to the deadline as set by the Court. Although the depositions have already been noticed, scheduling did not permit them to go forward. Counsel will make efforts to complete them in a timely manner as set forth above.

As an aside, counsel for the plaintiff has recently learned that she is expecting her first child, due on or about August 7,

2019.  Counsel for the plaintiff is the only counsel left at the firm familiar with this matter and therefore, would like to make this Court aware that she will likely be on leave between August and the end of October.

Therefore, for purposes of scheduling and deadlines, counsel asks for this Court's flexibility to avoid any possible deadlines and/or court appearances during that window.  Counsel will also respectfully request that the trial management memorandum filing deadline be delayed by two (2) weeks to allow counsel adequate time after her return to comply with the standing order.  Counsel will attempt not to delay any further deadlines in this matter, but felt that it was important to inform the Court of the same in the event that this development affects anything unforeseen by the undersigned.  Should there be any developments on this front, plaintiff's counsel will be sure to notify the Court in a timely manner.

**(b)** **REFERRAL FOR SETTLEMENT PURPOSES**

At this time the parties do not seek referral for settlement purposes but will alert the Court should that change upon the completion of deposition discovery.

**(c)** **TRIAL JUDGE**

The parties do not consent to a trial before a Magistrate Judge.

4852-2451-2905, v. 2

**(d)** <u>**ESTIMATED LENGTH OF TRIAL**</u>

Including jury selection, the parties estimate that the trial in this matter will require approximately three to four days.

                            PLAINTIFF,
                            CHRISTOPHER DINGWELL

                            BY<u>/ss/ Amita Rossetti</u>
                                Amita Rossetti
                                Federal Bar No.: ct29526
                                Tinley, Renehan & Dost, LLP
                                60 N. Main Street, 2nd Floor
                                Waterbury, CT 06702
                                T: (203)596-9030
                                F: (203)5969036
                                arossetti@tnrdlaw.com

                            DEFENDANTS, JEFFRY COSSETTE,
                            JOHN WILLIAMS AND CITY OF
                            MERIDEN

                            BY<u>/ss/ Patrick D. Allen</u>
                                Patrick D. Allen
                                Federal Bar No.: ct28403
                                James N. Tallberg
                                Federal Bar No.: ct17849
                                Karsten & Tallberg, LLC
                                500 Enterprise Dr., Suite 4B
                                Rocky Hill, CT 06067
                                T: (860)233-5600
                                F: (860)233-5800
                                pallen@kt-lawfirm.com